UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **GEORGE MINOR** | **CIVIL ACTION NO. 3:17-0661** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **EDWARD KNIGHT, ET AL** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's requests for a Temporary Restraining Order AND for a transfer are **DENIED**.

**MONROE, LOUISIANA,** this 1st day of August, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE